| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)** |
| ANDREA SILVERMAN, PC<br>150 River Road, O2B<br>Montville, NJ 07045<br>Bar ID 018642004<br>(973) 794-3960 (ph)<br>(973) 794-3962 (fax)<br>Attorney for Debtor(s) |
| In Re:<br><br>    Wentworth A. Thomas<br><br><br>            Debtor(s) |

Order Filed on August 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-23334

Chapter:  13

Hearing Date:  8/02/2018 @ 11:00 am

Judge: VFP

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. €362 © (3)**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: August 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page:   2
Debtor:  Wentworth A. Thomas
Case No. 18-23334/VFP
Caption:  Order Extending the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. €362© (3)

_____

**THIS MATTER,**  being opened before the Court by Andrea Silverman, PC, attorney for the debtor, Wentworth A. Thomas, having filed a Motion to Extend the Automatic Stay as to All Creditors Pursuant to 11 U.S.C. €362©(3), and this Court having considered arguments of counsel and good cause appearing, and there being no opposition,

**IT IS HEREBY,**

**ORDERED**, that the automatic stay is extended as to all creditors and shall remain in effect until further Order by this Court.
*

*and except as otherwise provided by the Bankruptcy Code.