UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
Baar ID 018642004
Attorney for Debtor(s)

Order Filed on January 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wentworth Thomas

Case No.: _____18-23334_____

Chapter: _____

Judge: _____VFP_____

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 28, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

✔

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtors_____, on _____8/30/2018_____, and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____4/18/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

2