UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
Baar ID 018642004
Attorney for Debtor(s)

Order Filed on October 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wentworth Thomas

Case No.: _____18-23334_____

Chapter: _____13_____

Judge: _____VFP_____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 22, 2019**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by \_\_\_\_\_Debtors\_\_\_\_\_, on \_\_\_\_\_1/28/2019\_\_\_\_\_, and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by \_\_\_\_\_Debtor\_\_\_\_\_, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including \_\_\_\_\_1/20/2020\_\_\_\_\_ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*