| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)**<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on January 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Wentworth A Thomas<br><br>Debtor(s) | Case No.   18-23334<br><br>Chapter:    13<br><br>Hearing Date:   January 16, 2020 @ 2:00 pm<br><br>Judge: Hon. Vincent F Papalia |

### REVISED ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 22, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtors: Wentworth A Thomas
Case No. 18-23334-VFP
Caption:  Revised Order Granting Pre and Post-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $8,745.00 for additional services and $533.80 for disbursements for a total of $9,278.80 less amount of $5,850.00 previously received for a total due of $3,428.80 The allowance shall be  payable:

_____X____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will increase from $90/mo. to $150/mo. for the remaining 43 months beginning  January, 2020; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.