**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wentworth A Thomas

Debtor(s)

Case No.      18-23334

Chapter:      13

Hearing Date:   January 16, 2020 @ 2:00 pm

Judge: Hon. Vincent F Papalia

### REVISED ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 22, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtors: Wentworth A Thomas
Case No. 18-23334-VFP
Caption:  Revised Order Granting Pre and Post-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $8,745.00for additional services and $533.80 for disbursements for a total of $9,278.80 less amount of $5,850.00 previously received for a total due of $3,428.80 The allowance shall be  payable:

_____X_____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment will increase from $90/mo. to $150/mo. for the remaining 43 months beginning  January, 2020; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23334-VFP
Wentworth A Thomas                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1             Date Rcvd: Jan 23, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
db            +Wentworth A Thomas,    18 Thomastown Road,    Mine Hill, NJ 07803-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5