Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                          Case No.:  18−23334−VFP
                                                          Chapter:  13
                                                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wentworth A Thomas
    18 Thomastown Road
    Mine Hill, NJ 07803

Social Security No.:
    xxx−xx−4654

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 18, 2020
JAN: mcp

                                                                                             Jeanne Naughton
                                                                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-23334-VFP
Wentworth A Thomas                                                Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 1      Date Rcvd: Feb 18, 2020
                               Form ID: 148                 Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db             +Wentworth A Thomas,    18 Thomastown Road,    Mine Hill, NJ 07803-3020
517625895      +Bank of New York Mellon aka SLS,    Pluese Becker & Saltzman,    20000 Horizon Way, Ste 900,
                 Mount Laurel, NJ 08054-4318
517652287      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517625894       EDI: GMACFS.COM Feb 19 2020 06:38:00     Ally,   PO Box 9001951,   Louisville, KY 40290-1951
517747951       EDI: PRA.COM Feb 19 2020 06:38:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
517723260       EDI: PRA.COM Feb 19 2020 06:38:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Jenee K. Ciccarelli    on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com,
             nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee et al... rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```