Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–23334–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wentworth A Thomas
18 Thomastown Road
Mine Hill, NJ 07803

Social Security No.:
xxx–xx–4654

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            April 2, 2020
Time:            10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*80* – Motion to Approve Loan Modification with Specialized Loan Servicing, LLC Filed by Jenee K. Ciccarelli on behalf of Wentworth A Thomas. Objection deadline is 03/18/2020. (Attachments: # 1 Certification of Counsel # 2 Certification of Debtor # 3 Proposed Order) (Ciccarelli, Jenee)

and transact such other business as may properly come before the meeting.

Dated: March 5, 2020
JAN: mcp

Jeanne Naughton
Clerk