UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Wentworth Thomas,

                                        Debtor.

**Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Chapter 13**

Case No.: 18-2334

Honorable Vincent F. Papalia

**ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: August 13, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:  Wentworth Thomas
Case No. 18-2334
Caption: ORDER APPROVING LOAN MODIFICATION

-------------------------------------------------------------

This matter having come before the Court upon the Debtor's Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement from Specialized Loan Servicing related to the property located at 18 Thomastown Road, Mine Hill, New Jersey 07803, is approved on the terms set forth in the Modification Agreement submitted with the Motion, which generally includes the following terms in summary (however, in the event of any conflict or inconsistency, the terms of the Modification Agreement govern):

- No Down Payment;
- Term of 480 months;
- Modified Interest Bearing Principal Balance $314,616.81;
- 3.5% for years 1 to 40.
- The monthly payment including principal, interest, taxes and insurance is $1,686.89.
- Taxes and insurance will be escrowed.

**ORDERED** that Specialized Loan Servicing will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order; and it is further

**ORDERED** that if the new payment is not already reflected in the Debtor schedules and plan, the Debtor will amend his schedules and plan within fourteen (14) days of this order.