UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

_____

In Re:


Wentworth Thomas,

                              Debtor.

Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No.: 18-2334

Honorable Vincent F. Papalia


## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**


**DATED: August 13, 2020**                _____
                                           **Honorable Vincent F. Papalia**
                                           **United States Bankruptcy Judge**

Debtor:  Wentworth Thomas
Case No. 18-2334
Caption: ORDER APPROVING LOAN MODIFICATION

------------------------------------------------------------

This matter having come before the Court upon the Debtor's Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement from Specialized Loan Servicing related to the property located at 18 Thomastown Road, Mine Hill, New Jersey 07803, is approved on the terms set forth in the Modification Agreement submitted with the Motion, which generally includes the following terms in summary (however, in the event of any conflict or inconsistency, the terms of the Modification Agreement govern):

- No Down Payment;
- Term of 480 months;
- Modified Interest Bearing Principal Balance $314,616.81;
- 3.5% for years 1 to 40.
- The monthly payment including principal, interest, taxes and insurance is $1,686.89.
- Taxes and insurance will be escrowed.

**ORDERED** that Specialized Loan Servicing will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order; and it is further

**ORDERED** that if the new payment is not already reflected in the Debtor schedules and plan, the Debtor will amend his schedules and plan within fourteen (14) days of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-23334-VFP
Wentworth A Thomas                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 13, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db              +Wentworth A Thomas,    18 Thomastown Road,    Mine Hill, NJ 07803-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jenee K. Ciccarelli    on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com,
          nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee et al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 5