**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on January 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Wentworth A Thomas

                Debtor(s)

Case No.:    18-23334

Chapter:    13

Hearing Date:    January 7, 2021 @ 2:00 pm

Judge: Hon. Vincent F Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: January 11, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtors: Wentworth A Thomas
Case No. 18-23334-VFP
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq.., is allowed of fee of $4,074.00 for additional services and $30.05 for disbursements for a total of $4,104.05.  The allowance shall be  payable:

_____X____    through the Chapter 13 plan as an administrative priority .

_____    outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment will increase from $147.00/mo. to $197.00/mo. for the duration of the Plan beginning  December, 2020; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.