Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.:  18−23334−VFP
>Chapter:  13
>Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wentworth A Thomas
   18 Thomastown Road
   Mine Hill, NJ 07803

Social Security No.:
   xxx−xx−4654

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/21 at 10:00 AM

to consider and act upon the following:

*119* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/8/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*121* − Certification in Opposition to (related document:119 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/8/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie-Ann Greenberg) filed by Jenee K. Ciccarelli on behalf of Wentworth A Thomas. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 3/9/21

>Jeanne Naughton
>Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 18-23334-VFP

Wentworth A Thomas                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                         User: admin                                         Page 1 of 2
Date Rcvd: Mar 09, 2021                            Form ID: ntchrgbk                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wentworth A Thomas, 18 Thomastown Road, Mine Hill, NJ 07803-3020 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021                                  Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: ntchrgbk | Total Noticed: 2 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6