| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Wentworth A. Thomas<br><br>                                        Debtor. | Chapter 13<br><br>Case No. 18-23334-VFP<br><br>Hearing Date: March 18, 2021<br><br>Judge Vincent F. Papalia |

# ORDER REDACTING PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 22, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12 ("movant") under Federal Rule of Bankruptcy Procedure 9037(h) for an order redacting a previously filed document and for cause shown, it is

**ORDERED** that Amended Proof of Claim Number 1-2 is to be restricted from public access.