| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Wentworth A Thomas |
| Case No.: | 18-23334 |
| Loan No.: | xxxxxx2676 |
| Our File No.: | 4127-N-7895 |
| Collateral: | 18 Thomastown Rd<br>Mine Hill, NJ 07803-3020 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 11/17/2021 |
| Initial Due Date: | 2/1/2020 |

| Date Received | Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 2/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| 1/16/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| 2/1/2020 | $ - | | | $ 208.84 | $ 208.84 | Post-Loan Mod Suspense |
| 2/19/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 3/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| 3/18/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| 3/18/2020 | $ - | | | $ (144.43) | $ (144.43) | Curtailment |
| | $ - | 4/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| 4/15/2020 | $ 1,688.67 | | | $ - | $ 1,688.67 | Funds Received |
| | $ - | 5/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| | $ - | 6/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| | $ - | 7/1/2020 | $ 1,686.89 | $ - | $ (1,686.89) | Payment Accrued |
| 7/16/2020 | $ 3,372.24 | | | $ - | $ 3,372.24 | Funds Received |
| | $ - | 8/1/2020 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 8/17/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 9/1/2020 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 9/16/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 10/1/2020 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 10/30/2020 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 11/1/2020 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| | $ - | 12/1/2020 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| | $ - | 1/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| | $ - | 2/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| | $ - | 3/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 3/3/2021 | $ 3,372.24 | | | $ - | $ 3,372.24 | Funds Received |
| | $ - | 4/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 4/13/2021 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 5/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| | $ - | 6/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 6/8/2021 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 7/1/2021 | $ 1,694.12 | $ - | $ (1,694.12) | Payment Accrued |
| 7/14/2021 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 8/1/2021 | $ 1,743.50 | $ - | $ (1,743.50) | Payment Accrued |
| 8/12/2021 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| | $ - | 9/1/2021 | $ 1,743.50 | $ - | $ (1,743.50) | Payment Accrued |
| 9/21/2021 | $ 3,372.24 | | | $ - | $ 3,372.24 | Funds Received |
| | $ - | 10/1/2021 | $ 1,743.50 | $ - | $ (1,743.50) | Payment Accrued |
| | $ - | 11/1/2021 | $ 1,743.50 | $ - | $ (1,743.50) | Payment Accrued |
| 11/8/2021 | $ 1,686.12 | | | $ - | $ 1,686.12 | Funds Received |
| **Total:** | **$ 30,352.71** | | **$ 37,424.78** | **$ 64.41** | **$ (7,007.66)** | |

| Delinquent Payments | | Days Delinquent: | 139 | | |
|---|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due | |
| 7/1/2021 | $ 853.42 | $ 840.70 | $ - | $ 1,694.12 | |
| 8/1/2021 | $ 853.42 | $ 890.08 | $ - | $ 1,743.50 | |
| 9/1/2021 | $ 853.42 | $ 890.08 | $ - | $ 1,743.50 | |
| 10/1/2021 | $ 853.42 | $ 890.08 | $ - | $ 1,743.50 | |
| 11/1/2021 | $ 853.42 | $ 890.08 | $ - | $ 1,743.50 | |
| Delinquency | | | | $ 8,668.12 | |
| Less Suspense | | | | $ 1,660.46 | |
| Total Delinquency | | | | $ 7,007.66 | |