| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on January 21, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br>**Case No.:  18-23334VFP** |
| IN RE:<br><br>  WENTWORTH A THOMAS | **Judge:  VINCENT F. PAPALIA** |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: January 21, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  WENTWORTH A THOMAS

Case No.:  18-23334VFP

Caption of Order:   ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee,

and the Court having considered the Chapter 13 Standing Trustee's application and the Court having

ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification,

and the debtor(s) having failed to comply with that order as set forth in the attached certification, and

good and sufficient cause appearing therefrom for the entry of this order, it is:


ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and

all proceedings thereunder are hereby dismissed without prejudice.


ORDERED, pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any

additional application filed within 30 days by any  administrative claimants for funds on hand with the

Chapter 13 Trustee.

ORDERED AND DIRECTED, any funds held by the Chapter 13 Standing Trustee from payments

made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees

and commisions, except any adequate protection payments due under the proposed plan or by Court

Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 18-23334-VFP

Wentworth A Thomas                                                   Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 24, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

**Recip ID              Recipient Name and Address**
db                  + Wentworth A Thomas, 18 Thomastown Road, Mine Hill, NJ 07803-3020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
                    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Jenee K. Ciccarelli
                    on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Rebecca Ann Solarz
                    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... rsolarz@kmllawgroup.com

U.S. Trustee

District/off: 0312-2                              User: admin                                      Page 2 of 2

Date Rcvd: Jan 24, 2022                      Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6