| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jenee K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Road, Building A, Suite 301<br>Parsippany, NJ 07054<br>Phone: (973) 737-9060<br>Fax: (973) 619-0023<br>Email: info@jc-lawpc.com<br>Attorney for Debtor. | Case No.: 18-23334<br><br>Chapter: 13 |
| In Re:<br><br>Wentworth Thomas,<br><br>Debtor. | Adv. No.: <br><br>Hearing Date: TBD<br><br>Judge: Vincent Papalia |

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jenee K. Ciccarelli, Esq.__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 18, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtor's Application for Payment of Unclaimed Funds
   Certification
   Proposed Order
   Unclaimed Funds Supporting Documentation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 18, 2023__     /s/ Nyrva Redmond
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Attorney<br>District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | U.S. Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |