| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wentworth A Thomas

Case No.:    __18-23334-VFP__

Chapter:    __13__

Hearing Date:    _____

Judge:    __Michael B. Kaplan__

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: AUGUST 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      The court having heard the motion filed by _____Jenee K. Ciccarelli_____, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of _____$394.00_____ will be forwarded to _____Wentworth A Thomas_____ at the following address:

   18 Thomastown Road_____

   Mine Hill, NJ 07873_____

   _____

   _____

*new.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-23334-VFP

Wentworth A Thomas  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 08, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wentworth A Thomas, 18 Thomastown Road, Mine Hill, NJ 07803-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Jenee K. Ciccarelli
    on behalf of Debtor Wentworth A Thomas info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6